IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00161-RPM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. HARRY JESSE ARCHER,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce HARRY JESSE ARCHER, a.k.a. Harry J. Archer, D.O.B. 1975, Inmate No. 110648, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

DATED at Denver, Colorado, this 27th day of January, 2009.

                          BY THE COURT:

                          *s/Craig B. Shaffer*
                          Craig B. Shaffer
                          United States Magistrate Judge